UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                    Chapter 11

Hao T. Hoang,                                                    Case No. 23-10781 (DSJ)

                     Debtor.
-------------------------------------------------------------X

## ORDER EXTENDING TIME TO FILE PLAN

UPON the application of the debtor, Hao T. Hoang ("Debtor"), by his attorney, CRAIG D. ROBINS, ESQ., dated August 14, 2023, for an order extending the time for Debtor to his Chapter 11 plan pursuant to 11 US.C. § 1189(b); and

WHEREAS, pursuant to Bankruptcy Code section 1189(b), Debtor, as a debtor under Subchapter V of the Bankruptcy Code, was obligated to file his plan not later than 90 days after the order for relief except that the court may extend the period if the need for the extension is attributable to circumstances for which the debtor should not justly be held accountable, and upon Debtor's counsel having demonstrated that illness in his family prevented counsel from assisting Debtor with the preparation of the plan, and that Debtor was not responsible for such delay and should not be justly held accountable for such delay; and

WHEREAS, Debtor had sought a 90-day extension of time, but this Court having determined that a 60-day extension is more appropriate; and whereas due notice of said application having been served to all creditors and parties in interest; and the matter having come on to be regularly heard before the Court on September 27, 2023; and Debtor's attorney appearing in support of said motion; and no one appearing in opposition thereto; it is hereby

ORDERED, that Debtor's time to file the plan is extended to October 18, 2023.

Dated: New York, New York
       October 16, 2023

                                              *s/ David S. Jones*
                                         Honorable David S. Jones
                                         United States Bankruptcy Judge